STATE OF MICHIGAN

IN THE 3RD JUDICIAL CIRCUIT FOR THE COUNTY OF WAYNE

---

PEOPLE OF THE STATE OF MICHIGAN )
)
vs. )
) File No. 01-3175
ANTHONY LEGION )
MARVIN COTTON, )
)
                Defendants. )
)

---

**FILED**
DEC 3 0 2005
U.S. DISTRICT COURT
FLINT, MICHIGAN

JURY TRIAL - VOLUME I

    Proceedings had and testimony taken in the above-entitled matter before the Honorable DANIEL P. RYAN, 3rd Judicial Circuit Court Judge, at Detroit, Michigan, on Monday, October 15, 2001.

APPEARANCES:

    MICHAEL WAGNER
    Assistant Prosecuting Attorney

        Appearing on behalf of the People
        of the State of Michigan

    MICHAEL KOMORN
    Attorney at law

        Appearing on behalf of the Defendant
        Anthony Legion

    ROBERT SLAMEKA
    Attorney at law

        Appearing on behalf of the Defendant
        Marvin Cotton

Linda M. Cavanagh, CSR-0131, RPR, CM
Official Court Reporter

Original Document Placed on Shelf

Anthony Legion v Kenneth T. McKee
USDC 05-CV-40181-FL
HONORABLE PAUL V. GADOLA