239719
05-40181

```
                    STATE OF MICHIGAN

     IN THE 3RD JUDICIAL CIRCUIT FOR THE COUNTY OF WAYNE

    ------------------------------
                                  )
    PEOPLE OF THE STATE OF MICHIGAN)
                                  )
    vs.                           )
                                  )   File No. 01-3175
    ANTHONY LEGION                )
    MARVIN COTTON,                )
                                  )
                       Defendants.)
    ------------------------------
```

**FILED**
DEC 3 0 2005
U.S. DISTRICT COURT
FLINT, MICHIGAN

**JURY TRIAL - VOLUME II**

Proceedings had and testimony taken in the above-entitled matter before the Honorable DANIEL P. RYAN, 3rd Judicial Circuit Court Judge, at Detroit, Michigan, on Tuesday, October 16, 2001.

APPEARANCES:

    MICHAEL WAGNER
    Assistant Prosecuting Attorney

        Appearing on behalf of the People
        of the State of Michigan

    MICHAEL KOMORN
    Attorney at law

        Appearing on behalf of the Defendant
        Anthony Legion

    ROBERT SLAMEKA
    Attorney at law

        Appearing on behalf of the Defendant
        Marvin Cotton

Linda M. Cavanagh, CSR-0131, RPR, CM
Official Court Reporter




HONORABLE PAUL V. GADOLA
Anthony Legion v Kenneth T. McKee
USDC 05-CV-40181-FL
HONORABLE PAUL V. GADOLA

