UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY LEGION,

        Petitioner,         CASE NUMBER: 2:05-CV-40181

v.         HONORABLE STEPHEN J. MURPHY, III

KENNETH T. MCKEE,

        Respondent.
                                      /

**ORDER REOPENING HABEAS CORPUS PROCEEDING**

        Petitioner Anthony Legion, through counsel, filed a habeas corpus petition under 28 U.S.C. § 2254. The petition was stayed in 2012 and the case closed for administrative purposes to allow Legion to exhaust state court remedies. Op. & Or., ECF No. 46. The stay was lifted on January 19, 2015, Stip. Or., ECF No. 53, but, an order directing the Clerk of Court to reopen the proceeding was not entered. The Court, therefore, hereby **ORDERS** the Clerk of Court to **REOPEN** the proceeding. The case is deemed reopened as of the date the stay was lifted, January 19, 2015.

        **SO ORDERED.**

                                    S/Stephen J. Murphy, III
                                    Stephen J. Murphy, III
                                    United States District Judge

Dated: September 9, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 9, 2016, by electronic and/or ordinary mail.

                                    S/Carol Cohron
                                    Case Manager